# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH MICHAEL SURE CHIEF,<br><br>　　　　　　　　Defendant. | CR-11-21-GF-BMM<br><br>**ORDER** |

　　Defendant Joseph Michael Sure Chief has moved for early termination of his current term of supervised release. (Doc. 91). The Government does not object. (Doc. 92). The Court conducted a hearing on the motion on December 22, 2020. Sure Chief's many supporters before the Court advocated for Sure Chief's commitment and progress toward the accomplishment of his goals. The Court determines that good cause exists to grant Sure Chief's motion for early termination of his supervised release term.

　　Accordingly, **IT IS HEREBY ORDERED** that Sure Chief's Motion for Early Termination of Supervised Release (Doc. 91) is **GRANTED**.

　　DATED this 22nd day of December, 2020.

_____
Brian Morris, Chief District Judge
United States District Court